# Exhibit A

LOEVY + LOEVY

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

May 22, 2026

**VIA FOIPA PORTAL**
Federal Bureau of Investigation

**RE: Feinberg Records**

To Whom It May Concern:

Please consider this a non-commercial request for electronic copies of public records made pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Please note that this request is made on behalf of Mr. Michael Feinberg, former employee of the FBI. Mr. Feinberg consents to the disclosure of all records containing his personal and/or private information in response to this FOIA request.

Provide the following records from FBI's unclassified enclave:

1. Any and all Outlook calendars used by Michael Feinberg on the FBI's UNET systems for the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates.
2. Any and all emails sent on the FBI's UNET systems between Michael Feinberg and Dominique Evans, inclusive of emails which also contain other parties, for the period beginning on 12/1/2024 and concluding on 6/1/2025
3. Any and all emails sent on the FBI's UNET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, from Michael Feinberg to any of the following groups, individually, or in any combination whatsoever: all FBI Norfolk employees, all FBI Norfolk special agents, and all FBI Norfolk intelligence analysts.
4. Any and all emails sent on the FBI's UNET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, to all FBI employees or all FBI special agents from the FBI director, FBI deputy director, any personnel assigned to either of their offices, or any personnel who served in those capacities on an acting basis.
5. Any and all emails sent on the FBI's UNET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, between Dominique Evans and any personnel assigned to FBI Headquarters, temporarily or permanently during that period, which references Michael Feinberg by name or position (either as acting special agent in charge or assistant special agent in charge).
6. Any and all emails sent on the FBI's UNET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, to or from any members of the Director's Advisory Team, which references Michael Feinberg by name or position (either as acting special agent in charge or assistant special agent in charge).

Provide the following unclassified documents stored in a classified system:

7. Any background investigation/security clearance reinvestigation materials generated upon Michael Feinberg's entry to the FBI or at any point up until 6/1/2025, including but not limited to any FD-302s, public records checks, records requested from private institutions, records or interview results received from healthcare providers, completed SF-86s, or documentation of adjudication decisions. It is believed that this material will be held in a personnel file on Sentinel, although early documents may have been stored in ACS or hard copy files at the Los Angeles Field Office.
8. Any award nominations generated or stored for Michael Feinberg (as nominee) via ACS, EPAS, Sentinel, HR Source, HR Link, or any other relevant systems for the period of 7/19/2009 to 6/1/2025, inclusive of both dates.

Additional responsive records:

9. Any and all communications, including but not limited to Outlook emails and Lync/Skype instant message conversations, unclassified or redacted to make them such, sent on the FBI's FBINET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, between Dominique Evans and any personnel assigned to FBI Headquarters, temporarily or permanently during that period, which references Michael Feinberg by name or position (either as acting special agent in charge or assistant special agent in charge).
10. Any and all communications, including but not limited to Outlook emails and Lync/Skype instant message conversations, sent on the FBI's UNET systems from the period beginning on 1/1/2025 and concluding on 6/1/2025, inclusive of both dates, to or from any members of the Director's Advisory Team, which references Michael Feinberg by name or position (either as acting special agent in charge or assistant special agent in charge).

If any additional information or identity verification is required to process this request, please inform me as soon as possible. If a voluminous amount of responsive records are located, please inform me as soon as possible and we may be agreeable to rolling releases.

We look forward to receiving a response within ten business days.

Sincerely,
Meagan Shinker, Paralegal
Submitted in behalf of Matt Topic, Attorney
On behalf of our client, Michael Feinberg