# Exhibit C

[redacted]

[redacted]

---------- Forwarded message ---------
From: **FBI.FOIA@FBI.GOV** <FBI.FOIA@fbi.gov>
Date: Fri, Jul 17, 2026 at 8:10 AM
Subject: RE: [EXTERNAL EMAIL] - Request 1740597-000
To: Michael Feinberg [redacted]

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request. A review of your request has determined the following: The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system. Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents). Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size. Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing. Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall. The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.

Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request. Once the search has been completed, you may request an estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/. If you require additional assistance please contact FBI.FOIA@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link. Status updates are performed on a weekly basis.

*Respectfully,*

*Public Information Officer*
*FBI - Information Management Division*
*200 Constitution Drive*
*Winchester, VA 22602*
*O: (540) 868-4593*
*E: FBI.FOIA@fbi.gov*

*Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia*

*Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.*

*Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.*

---

**From:** Michael Feinberg [redacted]
**Sent:** Thursday, July 16, 2026 12:56 PM
**To:** FBI.FOIA <FBI.FOIA@FBI.GOV>; [redacted]
**Cc:** Matt Topic [redacted]; [redacted]
**Subject:** [EXTERNAL EMAIL] - Request 1740597-000

> You don't often get email from [redacted]. Learn why this is important

Good afternoon, A/SC Lara and relevant folks in IMD.

On May 28, 2026, I submitted — through my counsel, cc'd here — a FOIPA request that your office designated as 1740597-000. As a former FBI employee (having vetted FOIA requests myself when I was a UC) I understand that these things do often take considerable resources and classification reviews. But I made a point to specify, with granularity, the documents I'm seeking, along with the exact enclaves and systems in which they are held. This was honestly an effort to be helpful and streamline things.

Unfortunately, we are now well beyond the 20 day response time authorized by the relevant statutes. In light of that, can you please let me know the following:

1. To which track you have assigned the request, as well as how you estimated the number of pages to make that determination;
2. Approximately how much I can expect to be billed; and,
3. When I can expect to receive the tranche of documents.

Thank you for your time and consideration.

Take care,
Mike

P.S. I know that since leaving the Bureau I have become a semi-public figure, and that much of my writings and commentary have been critical of some current events and trends. I trust that this has not played a part in your determinations or responsiveness, but for the sake of my own records, would very much appreciate confirmation of such in writing.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.